JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| BLAS JIMENEZ, | ) | No. ED CV 10-01313-RSWL (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| BPH, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: May 19, 2011

*RONALD S.W. LEW*
RONALD S. W. LEW
SENIOR UNITED STATES DISTRICT JUDGE